PENNSYLVANIA RAILROAD COMPANY, Respondent, *v.* L. N. WHITE & Co., INC., Appellant.

Argued May 19, 1953; decided June 4, 1953.

*Seymour Stone* and *Philip Novick* for appellant.

*John Vance Hewitt* and *Henry A. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.